S

JUDGE ABRAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

17 CV 4156

| | | |
|---|---|---|
| ROBERT G. LOPEZ, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| SPORTSWEAR, INC., and CHAD HARTVIGSON | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

FILED
U.S. DISTRICT COURT
2017 JUN -2 PM 4:32
S.D. OF N.Y.

**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND RELATED CLAIMS**

Plaintiff, Robert G. Lopez, alleges his complaint against Defendants, Sportswear, Inc., and Chad Hartvigson as follows:

**NATURE OF THE ACTION**

1. This action arises from Defendants infringement of Plaintiff's "ownership" and exclusive "use" rights in the marks, LOWER EAST SIDE™ and LES NYC®, in conjunction with clothing and related goods. Despite Plaintiff being the registered owner of the trademark LOWER EAST SIDE™ and LES NYC® and offering various clothing items under such brand names, the Defendants have infringed Plaintiff's rights in the aforementioned marks by promoting, selling, and offering for sale clothing items under Plaintiff's trademarks. Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendants and Plaintiff resulting in the unjust enrichment of Defendants by using Plaintiff's registered trademarks.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3. This Court has personal jurisdiction over the Defendants because Defendants engage in continuous and significant business activities in, and directed to the State of New York within this judicial district and because Defendant has committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the Defendant transacts business in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district. Furthermore, the damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

**THE PARTIES**

5. Plaintiff, Robert G. Lopez is an individual residing at 230 Clinton Street, Apt. #11C, New York, NY 10002.

6. Upon information and belief, Defendant Sportswear, Inc. is a Washington corporation with a principal place of business at 2211 Elliott Avenue – Suite 601, Seattle, Washington 98121.

7. Upon information and belief, Defendant Chad Hartvigson is an individual with an address at 5323 NE 42ND Street, Seattle, Washington 98121.

## FACTS

8.     Since at least as early as 1997, Plaintiff Robert G. Lopez has been selling headwear, t-shirts, sweaters, hooded sweatshirts and other clothing items under the LOWER EAST SIDE™ and LES NYC® brand names.

9.     Since at least as early as 1999, Plaintiff has been independently operating a clothing business under the trade name L.E.S. CLOTHING CO.™, which has sold headwear, t-shirts, sweaters, hooded sweatshirts and other related clothing items under the marks LOWER EAST SIDE™, LES™ and LES NYC®.  Since at least as early as 2010, Plaintiff has also been selling clothing items under the mark LOYALTY EQUALS STRENGTH™ which is an additional representation of what the LES™ acronym stands for and represents.

 





10.     In addition to selling and offering for sale clothing items under the LOWER EAST SIDE™, LES NYC®, LES™ and LOYALTY EQUALS STRENGTH™ brand names, Plaintiff has also continuously sold and offered for sale various clothing items including hooded sweatshirts and t-shirts which bear the THE LOWER™, LOWER EAST SIDE™, LES™ and LES NYC® marks in various font and design styles which are prominently displayed on the front and/or back of the headwear, t-shirts and/or sweaters as well as printed on hang tags, clothing labels, stickers and on clothing product packaging materials.

L.E.S. CLOTHING CO.
EST. 1999
www.LESCLOTHING.com

LES CLOTHING CO.
LOYALTY EQUALS STRENGTH

LES CLOTHING CO TM
43 Clinton Street New York, New York 10002
(212) 539-1340
https://www.facebook.com/LESCLOTHINGCO
@lesclothingco @lesclothingco
www.lesclothing.com

LES NYC

LOWER
EAST
SIDE

LowerEastSide

11.     Plaintiff sells, and promotes the sale of his clothing via his website www.lesclothing.com, through order forms, and his t-shirts and sweaters are also available for sale in several retail locations in New York and other States.  From 2012 to 2015 Plaintiff also maintained a Flagship LES Clothing Co. store located at 43 Clinton Street, New York, NY 10002.







 

12.    Plaintiff advertises his LES CLOTHING CO™, LOWER EAST SIDE™, THE LOWER™, LES™ and LES NYC® brands and clothing items through flyers, posters, stickers and through grass root street marketing methods such as painted "street murals." Plaintiff also regularly conducts photo shoots of customers who purchase his **LOWER EAST SIDE™** and **LES NYC®** clothing items to be included in magazine advertisements and other marketing materials.

L.E.S. CLOTHING CO.
SPRING/SUMMER COLLECTION
MORE COLORS AVAILABLE
YOUTH SIZES IN S - L AVAILABLE
IN SOME PRINTS
www.LESCLOTHING.com
Welcome To Our Hood
LOWER
EAST
SIDE
COMING SOON!
LES CLOTHING CO.
LOYALTY
EQUALS
STRENGTH
WWW. LESCLOTHING. COM
Lower
EAST SIDE
EST. 99

13. The **LOWER EAST SIDE™** brand and mark has acquired "secondary meaning" in the marketplace in connection with the sale and offering of clothing goods based on Plaintiff's continuous and long standing use of the mark in the apparel industry.

14. Plaintiff is the registered owner of New York State Trademark Registration No. R31067 and R32849 both for the mark **LOWER EAST SIDE™**. **(See Exhibit A).**

15. Plaintiff is the registered owner of United States Trademark Registration No. 4,549,880 for the mark **LES NYC®** which is the abbreviation and/or acronym for the mark **LOWER EAST SIDE NEW YORK CITY™** and **LOYALTY EQUALS STRENGTH NEW YORK CITY**. (**See Exhibit B**).

16. The mark **LOWER EAST SIDE®** is a federally registered trademark under United States Trademark Registration No. 2,416,437 that has been rendered "**incontestable**" under Section 15 of the Trademark Act and is therefore not open to challenge as to its function as

a trademark and brand name as it has been in continuous use as a brand name in excess of fifteen (15) years. **(See Exhibit C).**

17. Plaintiff has a Co-Existence Agreement with Payless Shoesource Worldwide, Inc. who is the owner of United States Trademark Registration No. 2,416,437 for the mark **LOWER EAST SIDE®,** which allows the parties to co-exist in the marketplace and both utilize the **LOWER EAST SIDE™** mark but limits Payless's use of the mark to "**footwear**" and grants and/or limits Plaintiff's rights in the **LOWER EAST SIDE™** mark to "**t-shirts, sweaters, headwear**" and all other forms of clothing that exclude footwear.

18. Plaintiff is informed and believes and thereon alleges that Defendant Sportswear, Inc. is manufacturing, marketing, promoting, selling and offering for sale an extensive catalogue of **LOWER EAST SIDE™** and **LES™** related apparel bearing Plaintiff's **LOWER EAST SIDE™ and LES™** marks. **(See Exhibit D).**

19. Defendant's use of Plaintiff's trademarks are done without authorization or consent and Defendant's use of Plaintiff's trademarks are not considered "fair use" as Defendant's are using the marks for a profit and commercial gain.

20. Plaintiff was been contacted by several long-standing customer of his **LES CLOTHING CO™ LOWER EAST SIDE™** and **LES NYC®** clothing products regarding the **LOWER EAST SIDE™** and LES™ branded products that are offered and sold by Defendant Sportswear, Inc. thinking the products were sponsored and/or affiliated with Plaintiff and his business LES Clothing Co™.

21. Defendant's use of Plaintiff's **LOWER EAST SIDE™** and/or **LES NYC®** brands in connection with clothing has already caused and will continue to cause confusion as to the source or affiliation of the source of the clothing related goods bearing the **LOWER EAST SIDE™** and **LES NYC®** marks. Defendant has several product designs that are confusingly similar to various **LOWER EAST SIDE™** and **LES™** designs used on clothing by Plaintiff including but not limited to the designs shown below. **(See Exhibit E).**

**Designs Used by Plaintiff**

22. Defendants business status as a major retailer and/or manufacturer of apparel and related goods also has the capability of causing reverse confusion where consumers of clothing products will think that all **LOWER EAST SIDE™** and LES™ clothing related products are sponsored or produced by Defendants.

23. Defendant Chad Hartvigson is the owner of Sportswear, Inc. and serves as its Chairman and Chief Executive Officer and oversees the entire management and operations of the company and has the right and ability to supervise the infringing activity alleged herein, and has a direct financial interest in Defendant Sportswear, Inc. and as such is jointly and severally liable with Defendant Sportwear, Inc.

**FIRST CAUSE OF ACTION**

**TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)**

24. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 23 of this Complaint.

25. The use in commerce by Defendant of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services. Such use by defendant constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff that will continue if Defendant is not ordered to cease all use of the **LES NYC®** and **LOWER EAST SIDE™** marks.

**SECOND CAUSE OF ACTION**

**UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)**

26. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 25 of this Complaint.

27. Plaintiff has the exclusive right to market, brand and provide clothing related goods using the **LES NYC®** and **LOWER EAST SIDE™** marks.

28. Defendant by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services. Defendants' activities already have confused the public into believing that Defendants and Plaintiff's clothing goods and accessories come from one and the same source, and defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

29. Defendant have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

30. By reason of Defendant's willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

**THIRD CAUSE OF ACTION**
**COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION**

31. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 30 of this Complaint.

32. Defendant's conduct constitutes deception by which Defendant goods will be palmed off as those of Plaintiff. Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

33. Defendant's unauthorized use of Plaintiff's **LOWER EAST SIDE™** and **LES NYC®** marks is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

34. By reason of the foregoing, Defendant has infringed and continues to infringe on Plaintiff's common law rights in the **LOWER EAST SIDE™** and **LES NYC®** marks and Defendant has become unjustly enriched by such acts of infringement.

35. Defendant's unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendant has reason to know of Plaintiff's rights.

**FOURTH CAUSE OF ACTION**
**UNJUST ENRICHMENT**

36. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 35 of this Complaint.

37. Defendant has unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's **LOWER EAST SIDE™** and/or **LES NYC®** marks.

38. Defendant's actions constitute unjust enrichment.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. Entry of an order and judgment requiring that all defendant, its subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term **LOWER EAST SIDE™**, **LES NYC®**, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the term **LES NYC®**, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the **LES NYC®** mark.

2. That Defendant be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3. That Defendant be ordered to deliver up for destruction any and all infringing materials bearing the **LOWER EAST SIDE™** and **LES NYC®** marks, and any colorable imitation thereof, in whole or part.

4. That Plaintiff be awarded punitive damages.

5. That Defendant be required to place advertisements or send notifications to past and present customers that it improperly has been using the **LOWER EAST SIDE™** and/or **LES NYC®** marks.

6. That Plaintiff be awarded statutory damages in the amount of $1,000,000.00 for Defendant's acts of willful infringement.

7. That Plaintiff be awarded the cost and disbursements of this action.

8. That Plaintiff have such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

Dated: June 2, 2017
New York, New York

Respectfully submitted,
Robert G. Lopez – Pro Se

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

# EXHIBIT A

# New York State Department of State
# Certificate of Trademark Registration

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

**Registration Number:** R31067 **Registration Date:** 06/06/07

**Applicant:** ROBERT G. LOPEZ
230 CLINTON STREET APT. #11C
NEW YORK NY 10002-

**State of Incorporation or Partnership Organization:**

**Class Numbers:** 25

**Date First Used in NYS:** 12/1999 **Date First Used Anywhere** 12/1999

**Trademark Description:**
LOWER EAST SIDE

The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.

**Description of Goods:** Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.

*WITNESS my hand and the seal of the State of New York In the City of Albany on this:*

**Thursday, August 16, 2007**

by:

*Special Deputy Secretary of State*

DOS-690 (Rev. 3/01)

# New York State Department of State
# Certificate of Trademark Registration

***I, Anthony Giardina, Executive Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.***

| | | | |
|---|---|---|---|
| ***Registration Number:*** | *R32849* | ***Registration Date:*** | *08/09/16* |
| ***Applicant:*** | ***ROBERT G. LOPEZ***<br>*230 CLINTON ST. - APT. 11C*<br>*NEW YORK* | *NY 10002-* | |
| ***State of Incorporation or Partnership Organization:*** | | | |
| ***Class Numbers:*** | *25* | | |
| ***Date First Used in NYS:*** | *12/01/1999* | ***Date First Used Anywhere:*** | *12/01/1999* |

***Trademark Description:***

*The mark is comprised of the words LOWER EAST SIDE without claim to any particular font, style or design.*

***Description of Goods:*** *Clothing, namely; t-shirts, sweaters, shorts and headwear.*

*WITNESS* ***my hand and the seal of the State of New York in the City of Albany on this:***

***Thursday, August 11, 2016***

***by:***

[signature]

***Executive Deputy Secretary of State***

***DOS-690 (Rev. 8/13)***

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# LES NYC

**Reg. No. 4,549,880**

**Registered June 17, 2014**

LOPEZ, ROBERT G. (UNITED STATES INDIVIDUAL)
230 CLINTON STREET - APT. #11C
NEW YORK, NY 10002

**Int. Cl.: 25**

FOR: BASEBALL CAPS AND HATS; HOODED SWEATSHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-335,314, FILED 6-1-2011.

ALICE BENMAMAN, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# EXHIBIT C

Trademark Electronic Search System (TESS) Case 1:17-cv-04156-RA Document 1 Filed 06/02/17 Page 22 of 28 Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 2 02:21:45 EDT 2017*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 26 out of 29**

TSDR | ASSIGN Status | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

# LOWER EAST SIDE

| | |
|---|---|
| **Word Mark** | LOWER EAST SIDE |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear. FIRST USE: 19990616. FIRST USE IN COMMERCE: 19990616 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75652553 |
| **Filing Date** | March 3, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2416437 |
| **International Registration Number** | 1220106 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) PAYLESS SHOESOURCE WORLDWIDE, INC. CORPORATION KANSAS Jayhawk Towers 700 SW Jackson Topeka KANSAS 66603 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT CARROLL |
| **Prior Registrations** | 1795922 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110108. |
| **Renewal** | 1ST RENEWAL 20110108 |

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:vk90xg.2.26 6/2/2017

# EXHIBIT D

Search for schools, teams, and more...

BUNDLE & SAVE UP TO 15% OFF! >

G+ f

School Address (Store Correction)
145 Stanton St
New York, New York 10002

# Lower East Side Prep Apparel Store

Store Home Men Women Brands Bags & Backpacks Youth Hats Accessories

Product Search...

GET YOUR LOWER EAST SIDE PREP GEAR

- OVER 650 PRODUCTS
- SIZES UP TO 6XL
- PICK YOUR SPORT OR ACTIVITY

## T-SHIRTS

Shop T-Shirts >

## SWEATSHIRTS

Shop Sweatshirts >

## TOP SELLERS

Find t-shirts, sweatshirts and outerwear in sizes up to 6XL and 4XLT

# EXHIBIT E

}

Search for schools, teams, and more...

BUNDLE SAVE UP TO 15% OFF!

G+ f

School Address (Store Correction)
145 Stanton St
New York, New York 10002

# Lower East Side Prep Hats - All Hats

Store Home Men Women Brands Bags & Backpacks Youth Hats Accessories

Product Search...

ACTIVITY:

Price
- Under $30.00
- $30.00 - $50.00

Brand
- Augusta Sportswear
- District Threads
- Flexfit
- New Era
- Otto
- Port & Company
- Port Authority

Gender
- Boys

Material
- Fleece
- 100% Cotton

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Cotton Twill Trucker-Style Mesh Back Cap
**$21.99**
View more designs and colors

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Garment Washed Twill Vintage-Style Cap
**$23.99**
View more designs and colors

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Cotton Twill Contrast Stitch Low Profile Cap
**$23.99**
View more designs and colors

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Brushed Cotton Twill Contrast Sandwich Visor Low Profile Cap
**$23.99**
View more designs and colors

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Superior Cotton Twill Low Profile Cap
**$24.99**
View more designs and colors

OTTO

**TOP SELLER** Lower East Side Prep Embroidered Wool Blend Flat Bill Pro-Style Snapback Cap
**$25.99**
View more designs and colors



Case 1:17-cv-04156-RA Document 1 Filed 06/02/17 Page 27 of 28

Lower East Side Prep Embroidered Flexfit® Pro-Baseball On-Field Cap
**$34.99**
View more designs and colors

Lower East Side Prep Embroidered Acrylic Beanie
**$19.99**
View more designs and colors

Lower East Side Prep Embroidered Slouch Beanie
**$21.99**
View more designs and colors

Prev | 1 | 2 | 3 | 4 | Next | Show All

Show your pride wherever you go with a customized Lower East Side Prep hat designed entirely by you. Sport Lower East Side Prep any time of the season with hats in a variety of styles including snapback, fitted, knitted and vintage caps. Shop a wide selection of hat styles, graphics, colors and fonts to make your Lower East Side Prep hat the perfect piece of fan gear for you. Choose an exclusive design featuring your favorite sport or activity. All of our caps feature bright colors, bold team logos and thick reinforced cap stitching to last season after season. Customize a sporty visor for those long days in the hot sun. Shield your eyes in a stylish fitted Lower East Side Prep cap that puts your pride on display.

4.5 ★★★★★
Google
Customer Reviews

Search for schools, teams, and more...

Congrats Grads!
20% off Prep's Picks with $75 Purchase
See Details

# Lower East Side Prep Apparel Store

G+ Pinterest f Twitter

School Address (Store Correction)
145 Stanton St
New York, New York 10002

Store Home Men Women Brands Bags & Backpacks Youth Hats Accessories

Product Search...

View Back

Larger

How-to

LOWER EAST SIDE

Front

Back

CLICK FRONT DESIGNS BELOW TO SELECT

LOWER EAST SIDE | CLASS OF 2017 | LOWER EAST SIDE

# 34 YR 2017

[ ash]

More product colors

Size Chart

$21.99 Total

TOP SELLER Lower East Side Prep Men's Lightweight T-Shirt (PC54) **$21.99**

PORT & COMPANY

Size & Fit

Runs Small Runs Large

Comfort

Uncomfortable Comfortable

**Product Details:**

- 5.5-ounce, 100% cotton*
- Tag-free label
- Made by Port & Company
- This item not eligible for bulk order discount

100% COTTON

Made from breathable 100% cotton for ultra-soft and comfortable wear.

This classic lightweight crewneck Lower East Side Prep t-shirt is great choice for any sport or activity. With 100% preshrunk cotton and a tag-free label, you'll stay comfortable and spirited all day. Choose from a variety of colors and add your favorite design for a one-of-a-kind Lower East Side Prep short-sleeve t-shirt. For ultimate personalization, you can add your Lower East Side Prep year.