IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT G. LOPEZ, an individual, | ) | |
| | ) | **SECOND AMENDED COMPLAINT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17 CV 4156 (RA) |
| | ) | |
| OTTO INTERNATIONAL, INC., | ) | **JURY TRIAL DEMANDED** |
| FRUIT OF THE LOOM, INC., | ) | |
| RUSSELL BRANDS, LLC, and | ) | |
| FLEXFIT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-10-17

**COMPLAINT FOR TRADEMARK INFRINGEMENT,**
**COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION AND RELATED CLAIMS**

Plaintiff, Robert G. Lopez, alleges his complaint against Defendants, Otto International, Inc., Fruit of The Loom, Inc., Russell Brands, LLC and Flexfit, LLC as follows:

## NATURE OF THE ACTION

1.      This action arises from Defendants infringement of Plaintiff's "ownership" and exclusive "use" rights in the marks, **LOWER EAST SIDE™** and **LES NYC®**, in conjunction with clothing and related goods.  Despite Plaintiff being the registered owner of the trademark **LOWER EAST SIDE™** and **LES NYC®** and offering various clothing items under such brand names, the Defendants have infringed Plaintiff's rights in the aforementioned marks by manufacturing, printing, producing, promoting, selling, and offering for sale clothing items under Plaintiff's trademarks.  Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendants and Plaintiff resulting in the unjust enrichment of Defendants by using Plaintiff's registered trademarks.

Defendants Otto International, Inc. and Flexfit, LLC also created, copied, published and exploited a circular **LOWER EAST SIDE™** design strikingly similar to a design that Plaintiff has used in connection with his clothing brand and company for many years and a design in which Plaintiff has copyright ownership in.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3.      This Court has personal jurisdiction over the Defendants because Defendants engage in continuous and significant business activities in, and directed to the State of New York within this judicial district and because Defendants have committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the Defendants transacts business in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district.  Furthermore, the damage to Plaintiff and his intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

5.      Plaintiff, Robert G. Lopez is an individual residing at 230 Clinton Street, Apt. #11C, New York, NY 10002.

6.      Upon information and belief, Defendant Otto International, Inc. is a Delaware corporation with a principal place of business at 4665 Coates Drive, Fairburn, Georgia 30213.

7.     Upon information and belief, Defendant Fruit of the Loom, Inc. is a New York corporation with a principal place of business at One Fruit of the Loom Drive, Bowling Green, Kentucky 42102.

8.     Upon information and belief, Defendant Russell Brands, LLC is a Delaware Limited Liability Company with an address at One Fruit of The Loom Drive, Bowling Green, Kentucky 42102.

9.     Upon information and belief, Defendant Flexfit, LLC is a New York Limited Liability Company with a principal place of business at 350 Karin Lane, Hicksville, New York 11801.

## FACTS

10.     Since at least as early as 1997, Plaintiff Robert G. Lopez has been selling headwear, t-shirts, sweaters, hooded sweatshirts and other clothing items under the **LOWER EAST SIDE™** and **LES NYC®** brand names.

11.     Since at least as early as 1999, Plaintiff has been independently operating a clothing business under the trade name **L.E.S. CLOTHING CO.™**, which has sold headwear, t-shirts, sweaters, hooded sweatshirts and other related clothing items under the trademarks **LOWER EAST SIDE™**, **LES™** and **LES NYC®**.  Since at least as early as 2010, Plaintiff has also been selling clothing items under the mark **LOYALTY EQUALS STRENGTH™** which is an additional representation of what the **LES™** acronym stands for and represents.







12.     In addition to selling and offering for sale clothing items under the **LOWER EAST SIDE™**, **LES NYC®**, **LES™** and **LOYALTY EQUALS STRENGTH™** brand names, Plaintiff has also continuously sold and offered for sale various clothing items including caps, hooded sweatshirts and t-shirts which bear the **THE LOWER™**, **LOWER EAST SIDE™**, **LES™** and **LES NYC®** marks in various font and design styles which are prominently

displayed on the front and/or back of the headwear, t-shirts and/or sweaters as well as printed on hang tags, clothing labels, stickers and on clothing product packaging materials.





13.     Plaintiff uses the LOWER EAST SIDE™, LES™ and LES NYC® marks as a source identifier.

14.     Plaintiff utilizes the ® and ™ symbols on his product packaging materials including labels, hangtags, stickers, flyers, etc. to put the public on constructive notice of his claim of ownership rights in the LOWER EAST SIDE™, LES™ and LES NYC® marks.

15.     Plaintiff sells, and promotes the sale of his clothing via his website www.lesclothing.com, through flyer order promotions, and his t-shirts and sweaters are also available for sale in several retail locations in New York and other States.  From 2012 to 2015 Plaintiff also maintained a Flagship LES Clothing Co. store located at 43 Clinton Street, New York, NY 10002.











16.     Plaintiff advertises his **LES CLOTHING CO™**, **LOWER EAST SIDE™**, **THE LOWER™**, **LES™** and **LES NYC®** brands and clothing items through flyers, posters, stickers and through grass root street marketing methods such as painted "street murals."  Plaintiff also regularly conducts photo shoots of customers who purchase his **LOWER EAST SIDE™** and **LES NYC®** clothing items to be included in magazine advertisements and other marketing materials.





17.    The **LOWER EAST SIDE™** and **LES NYC®** brands and marks has acquired "secondary meaning" in the marketplace in connection with the sale and offering of clothing goods based on Plaintiff's continuous and long-standing use of the mark in the apparel industry.

18.    Since 2007, Plaintiff has been building a portfolio of various intellectual property business assets for his clothing business that consist of various State and Federal trademarks for the LOWER EAST SIDE™, LES™, LES NYC™, THE LOWER™, LES CLOTHING CO.™, and LOYALTY EQUALS STRENGTH™ marks.    Plaintiff has also sought and secured copyright protection for various LES™ related designs and artwork that are used in connection with his clothing business.

19.    Since 2008, Plaintiff has taken an aggressive approach at enforcing his trademarks and/or copyrights against third party users that have utilized his intellectual business assets without his authorization or consent.

9

20.   Plaintiff licenses the **LOWER EAST SIDE™** mark to third party clothing companies to be used on clothing goods under his direct control and authorization.

21.   Plaintiff is the registered owner of New York State Trademark Registration No. R31067 and R32849 both for the mark **LOWER EAST SIDE™**.  **(See Exhibit A).**

22.   Plaintiff is the registered owner of United States Trademark Registration No. 4,549,880 for the mark **LES NYC®** which is the abbreviation and/or acronym for the mark **LOWER EAST SIDE NEW YORK CITY™** and **LOYALTY EQUALS STRENGTH NEW YORK CITY**.  **(See Exhibit B).**

23.   Plaintiff is the registered owner of United States Copyright Registration No. VA 1-765-666 for the work under the title L.E.S. Cap.  **(See Exhibit C).**

24.   Plaintiff is the registered owner of United States Copyright Registration No. VA 1-775-922 for the work under the title 537 design ("the 537 numbers turned upside down spell LES™).  **(See Exhibit D).**

25.   Plaintiff is the owner of U.S. Copyright Registration No. VA 2-052-462 under the title "Circular LES Design Photo."  **(See Exhibit E)**

26.   The mark **LOWER EAST SIDE®** is a federally registered trademark under United States Trademark Registration No. 2,416,437 that has been rendered **"incontestable"** under Section 15 of the Trademark Act and is therefore not open to challenge as to its function as a trademark and brand name as it has been in continuous use as a brand name in excess of fifteen (15) years.  **(See Exhibit F).**

27.   Plaintiff has a Co-Existence Agreement with Payless Shoesource Worldwide, Inc. who is the owner of United States Trademark Registration No. 2,416,437 for the mark **LOWER EAST SIDE®,** which allows the parties to co-exist in the marketplace and both utilize the **LOWER EAST SIDE™** mark but limits Payless's use of the mark to **"footwear"** and grants

and/or limits Plaintiff's rights in the **LOWER EAST SIDE™** mark to "**t-shirts, sweaters, headwear**" and all other forms of clothing that exclude footwear.

28.     Upon information and belief, Plaintiff is informed and believes and thereon alleges that Defendants Otto International, Inc., Fruit of the Loom, Russell Brands and Flexfit are all manufacturing, marketing, promoting, selling and offering for sale an extensive catalogue of **LOWER EAST SIDE™** and **LES™** related apparel bearing Plaintiff's **LOWER EAST SIDE™ and LES™** marks via the website www.prepsportswear.com which violated Plaintiff's trademark rights and his copyright in his circular **LES™©** Logo and **LES™©** cap photograph. **(See Exhibit G).**

29.     Upon information and belief, Defendant Otto International, Inc. (a major headwear company) in conjunction with Sportswear, Inc. are providing an online store and platform to purchase headwear and are manufacturing, marketing, promoting, selling and offering for sale clothing items displaying and under Plaintiff's trademarks and/or designs and images that violate Plaintiff's copyrights.

30.     Defendant Otto International, Inc.'s logo and company name appeared on the www.prepsportwear.com website in close proximity to the infringing product and the Otto name is used in the product promotional description of the infringing product giving the appearance that the products are offered in conjunction with or as a collaborative release with Sportswear, Inc.

31.     Upon information and belief, Defendant Fruit of The Loom, Inc. (a major apparel manufacturer and distributor company) in conjunction with Sportswear, Inc. are providing an online store and platform to purchase t-shirts and hoodies and are manufacturing, marketing, promoting, selling and offering for sale clothing items displaying and under Plaintiff's trademarks and/or designs and images that violate Plaintiff's copyrights.

32.     Defendant Fruit of the Loom, Inc.'s logo and company name appeared on the www.prepsportwear.com website in close proximity to the infringing product offered for sale

and the Fruit of the Loom name is used in the product promotional description of the infringing product giving the appearance that the products are offered in conjunction with or as a collaborative release with Sportswear, Inc.

33.     Upon information and belief Defendant Fruit of the Loom, Inc. for many years has been engaged in continuous business activities with Sportwear, Inc. involving the sale and/or distribution of clothing products.

34.     Upon information and belief, Defendant Russell Brands, LLC. (a major apparel manufacturer and distributor company) in conjunction with Sportswear, Inc. are providing an online store and platform to purchase t-shirts and hoodies and are manufacturing, marketing, promoting, selling and offering for sale clothing items displaying and under Plaintiff's trademarks and/or designs and images that violate Plaintiff's copyrights.

35.     Defendant Russell Brands, LLC's logo and company name appeared on the www.prepsportwear.com website in close proximity to the infringing product and the Russell name is used in the product promotional description of the infringing product giving the appearance that the products are offered in conjunction with or as a collaborative release with Sportswear, Inc.

36.     Upon information and belief Defendant Russell Brands, LLC for many years has been engaged in continuous business activities with Sportswear, Inc. involving the sale and/or distribution of clothing products.

37.     Upon information and belief, Defendant Flexfit, LLC (a major headwear company) in conjunction with Sportswear, Inc. are providing an online store and platform to purchase headwear and are manufacturing, marketing, promoting, selling and offering for sale clothing items displaying and under Plaintiff's trademarks and/or designs and images that violate Plaintiff's copyrights.

38.     Defendant Flexfit LLC's logo and company name appeared on the www.prepsportwear.com website in close proximity to the infringing product and the Flexfit name is used in the product promotional description of the infringing product giving the appearance that the products are offered in conjunction with or as a collaborative release with Sportswear, Inc.

39.     The Defendants' use of Plaintiff's trademarks and copyrights are/were done without authorization or consent and Defendants' use of Plaintiff's trademarks and other intellectual property are not considered "fair use" as Defendants' are using the marks for a profit and commercial gain.

40.     Each individual product copied, exploited and offered for sale by Defendants under Plaintiff's copyrighted designs is deemed a separate infringement of his copyrights.

41.     Plaintiff was been contacted by several long-standing customer of his **LES CLOTHING CO™ LOWER EAST SIDE™** and **LES NYC®** clothing products regarding the **LOWER EAST SIDE™** and **LES™** branded products that are offered and sold by Defendants thinking the products were sponsored, affiliated and/or done in colloboration with Plaintiff and his LES Clothing Co™ company and business.

42.     It is very common for clothing brand owners and companies to do collaborations with major Headwear and/or Sportswear companies (**See Exhibit H**) which makes is very likely for additional and future instances of confusion to occur over the Defendants use of Plaintiff's intellectual property business assets.

43.     Prior to filing the First Amended Complaint in this action which added Defendants' Otto International, Fruit of the Loom, Russell Brands and Flexfit, Plaintiff sent two separate email communications to Sportswear, Inc. advising it of Plaintiff's concerns of the aforementioned Defendants involvement in the infringement and Plaintiff advised Sportwear, Inc. that he was in the process of drafting a FAC to add the additional defendants for its role and participation in the infringement.

44.     Not once did Sportswear, Inc. respond to Plaintiff's email messages to confirm the extent of its business relationship with the added Defendants or confirm that it may have been promoting the infringing products in connection with the added Defendants without their authorization and consent.

45.     Plaintiff added Defendants Otto, Fruit, Russell and Flexfit based upon his good faith belief that they were active participants in the infringement of his intellectual property rights.

46.     The Defendants' use of Plaintiff's **LOWER EAST SIDE**™ and/or **LES NYC®** brands in connection with clothing has already caused and will continue to cause confusion as to the source or affiliation of the source of the clothing related goods bearing the **LOWER EAST SIDE**™ and **LES NYC®** marks.  Defendants have several clothing product designs and items that are confusingly similar to various **LOWER EAST SIDE**™ and **LES**™ designs used on similar clothing items by Plaintiff including but not limited to the designs shown below.

<u>**Designs Used by Plaintiff**</u>

     





47.    The various Defendants business status as major retailers, distributors and/or manufacturers of apparel and related goods also has the capability of causing reverse confusion where consumers of clothing products will think that all **LOWER EAST SIDE**™ and **LES**™ clothing related products are sponsored or produced by the Defendants.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)

48.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 47 of this Complaint.

49.     The use in commerce by Defendant of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services.  Such use by defendant constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff that will continue if Defendant is not ordered to cease all use of the **LES NYC®** and **LOWER EAST SIDE™** marks.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

50.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 49 of this Complaint.

51.     Plaintiff has the exclusive right to market, brand and provide clothing related goods using the **LES NYC®** and **LOWER EAST SIDE™** marks.

52.     Defendant by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services.  Defendants' activities already have confused the public into believing that Defendants and Plaintiff's clothing goods and accessories come from one and the same source, and defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

53.    Defendant have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

54.    By reason of Defendant's willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION
## COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

55.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 54 of this Complaint.

56.    Defendant's conduct constitutes deception by which Defendant goods will be palmed off as those of Plaintiff.  Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

57.    Defendant's unauthorized use of Plaintiff's **LOWER EAST SIDE™** and **LES NYC®** marks is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

58.    By reason of the foregoing, Defendant has infringed and continues to infringe on Plaintiff's common law rights in the **LOWER EAST SIDE™** and **LES NYC®** marks and Defendant has become unjustly enriched by such acts of infringement.

59.    Defendant's unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendant has reason to know of Plaintiff's rights.

## FOURTH CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT

60.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 59 of this Complaint.

61.    Plaintiff is the creator, author, and owner by assignment of all rights of copyright in an to the 537 Design logo shown above.

62.    Plaintiff acquired its rights to the 537 Design logo in December of 2010 by assignment and Plaintiff has offered for sale and sold clothing items bearing the 537 Design logo since that time.

63.    Defendant, without authorization of Plaintiff as the owner of all rights of copyright in the 537 Design logo, and in violation of 17 U.S.C. §§101 et seq., has intentionally and willfully copied, distributed, and publicly displayed and sold and/or offered for sale, a t-shirt design that is identical or in the least, substantially similar to the Plaintiff's copyrighted 537 Design, L.E.S. Cap and LES Circular Logo designs that is used on his clothing items.

64.    Defendant's actions constitute copyright infringement and have caused and will continue to cause Plaintiff irreparable harm and injury unless enjoined by this Court.

65.    By reason of Defendant's infringement of Plaintiff's copyright in his 537 Design, L.E.S. Cap and LES Circular Designs in connection with clothing, Defendants have derived revenues and profits attributable to said infringement, the amount of which has yet to be ascertained.

66.    Defendant's infringement of Plaintiff's copyright in the 537 Design, L.E.S. Cap and LES Circular designs for clothing was committed "willfully" as that term is used in 17 U.S.C. §504(c)(2).  At all times mentioned herein, and upon information and belief, Defendants were aware of, and had reason to believe, that its acts constituted infringement of Plaintiff's copyright.

## FIFTH CAUSE OF ACTION
## UNJUST ENRICHMENT

67.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 66 of this Complaint.

68.     Defendant has unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's **LOWER EAST SIDE™** and/or **LES NYC®** marks.

69.     Defendant's actions constitute unjust enrichment.

## SIXTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH CONTRACT

70.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 69 of this Complaint.

71.     Defendants acts of infringement against Plaintiff's intellectual property interferes with the rights granted to Plaintiff in the Co-Existence Agreement Plaintiff has secured with Payless Shoesource Worldwide, Inc. over Plaintiff's rights as the exclusive user of the **LOWER EAST SIDE™** mark in connection with the sale and offering for sale of headwear and clothing items under such brand name.

72.     Defendants actions constitute Tortious Interference with business.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1.     Entry of an order and judgment requiring that all defendant, its subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or entities in active concert or participation with them, be preliminarily and, thereafter, permanently

enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term **LOWER EAST SIDE™**, **LES NYC®**, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the term **LES NYC®**, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the **LES NYC®** mark.

2.      That Defendant be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3.      That Defendant be ordered to deliver up for destruction any and all infringing materials bearing the **LOWER EAST SIDE™** and **LES NYC®** marks, and any colorable imitation thereof, in whole or part.

4.      That Plaintiff be awarded punitive damages.

5.      That Defendant be required to place advertisements or send notifications to past and present customers that it improperly has been using the **LOWER EAST SIDE™** and/or **LES NYC®** marks.

6.      That Plaintiff be awarded statutory damages in the amount of $10,000,000.00 for Defendants acts of willful infringement.

7.      That Plaintiff be awarded the cost and disbursements of this action.

8.      That Plaintiff have such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

Dated: August 10, 2017
   New York, New York

Respectfully submitted,
Robert G. Lopez – Pro Se

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

**EXHIBIT A**

# New York State Department of State
# Certificate of Trademark Registration

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

**Registration Number:**     R31067          **Registration Date:**      06/06/07

**Applicant:**          **ROBERT G. LOPEZ**
                        *230 CLINTON STREET APT. #11C*
                        *NEW YORK*                          *NY*      *10002-*

**State of Incorporation or
Partnership Organization:**

**Class Numbers:**        25

**Date First Used in NYS:**     12/1999          **Date First Used Anywhere**     12/1999

**<u>Trademark Description:</u>**
*LOWER EAST SIDE*

*The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.*

**<u>Description of Goods:</u>**     *Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.*



**WITNESS** *my hand and the seal of the State of New York In the City of Albany on this:*

*Thursday, August 16, 2007*

*by:*

**Special Deputy Secretary of State**

*DOS-690 (Rev. 3/01)*

# *New York State Department of State*
# *Certificate of Trademark Registration*

*I, Anthony Giardina, Executive Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

| | | | |
|---|---|---|---|
| **Registration Number:** | R32849 | **Registration Date:** | 08/09/16 |
| **Applicant:** | **ROBERT G. LOPEZ** | | |
| | 230 CLINTON ST. - APT. 11C | | |
| | NEW YORK | NY 10002- | |
| **State of Incorporation or Partnership Organization:** | | | |
| **Class Numbers:** | 25 | | |
| **Date First Used in NYS:** | 12/01/1999 | **Date First Used Anywhere:** | 12/01/1999 |

**Trademark Description:**
The mark is comprised of the words LOWER EAST SIDE without claim to any particular font, style or design.

**Description of Goods:**    Clothing, namely; t-shirts, sweaters, shorts and headwear.

**WITNESS** my hand and the seal of the State of New York in the City of Albany on this:

Thursday, August 11, 2016

by:

*Executive Deputy Secretary of State*

*DOS-690 (Rev. 8/13)*

**EXHIBIT B**

# United States of America
## United States Patent and Trademark Office

# LES NYC

**Reg. No. 4,549,880**

**Registered June 17, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LOPEZ, ROBERT G. (UNITED STATES INDIVIDUAL)
230 CLINTON STREET - APT. #11C
NEW YORK, NY 10002

FOR: BASEBALL CAPS AND HATS; HOODED SWEATSHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 85-335,314, FILED 6-1-2011.

ALICE BENMAMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**EXHIBIT C**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-765-666

**Effective date of registration:**

January 20, 2011

---

## Title

**Title of Work:** L.E.S. Cap

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 20, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Robert G. Lopez

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1976

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street, New York, NY, 10002, United States

## Certification

**Name:** Robert G. Lopez

**Date:** January 20, 2011

---

**Correspondence:** Yes

**EXHIBIT D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-775-922

**Effective date of
registration:**

June 1, 2011

---

## Title

**Title of Work:** 537 Design

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010   **Nation of 1st Publication:** United States

## Author

■   **Author:** Thomas Riley

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Robert G. Lopez

230 Clinton Street - #11C, New York, NY, 10002, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Robert G. Lopez

**Date:** June 1, 2011

**EXHIBIT E**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-052-462

**Effective Date of Registration:**
June 15, 2017

---

## Title

**Title of Work:**   Circular LES Design Photo

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   March 20, 2012
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Robert G Lopez
  **Author Created:**   photograph
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Robert G Lopez
230 Clinton Street, Apt. #11C, New York, NY, 10002, United States

## Certification

**Name:**   Robert G. Lopez
**Date:**   June 15, 2017

**EXHIBIT F**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jun 2 02:21:45 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [          ]  OR  Jump  to record: [          ]    **Record 26 out of 29**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# LOWER EAST SIDE

| | |
|---|---|
| **Word Mark** | LOWER EAST SIDE |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear. FIRST USE: 19990616. FIRST USE IN COMMERCE: 19990616 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75652553 |
| **Filing Date** | March 3, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 30, 1999 |
| **Registration Number** | 2416437 |
| **International Registration Number** | 1220106 |
| **Registration Date** | December 26, 2000 |
| **Owner** | (REGISTRANT) PAYLESS SHOESOURCE WORLDWIDE, INC. CORPORATION KANSAS Jayhawk Towers 700 SW Jackson Topeka KANSAS 66603 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ROBERT CARROLL |
| **Prior Registrations** | 1795922 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110108. |
| **Renewal** | 1ST RENEWAL 20110108 |

**EXHIBIT G**

Congrats Grads!
20% off Prep's Picks with $75 Purchase
See Details

Search for schools, teams, and more...

G+  P  f  y

School Address (Store Correction)
145 Stanton St
New York, New York 10002

# Lower East Side Prep Hats - All Hats

Store Home | Men | Women | Brands | Bags & Backpacks | Youth | Hats | Accessories

Product Search...

ACTIVITY:



BUNDLE SAVE
USE CODE
BUNDLE
Shop Now

**Price**
☐ Under $30.00
☐ $30.00 - $50.00

**Brand**
☐ Augusta Sportswear
☐ District Threads
☐ Flexfit
☐ New Era
☐ Otto
☐ Port & Company
☐ Port Authority

**Gender**
☐ Boys

**Material**
☐ Fleece
☐ 100% Cotton



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Cotton Twill Trucker-Style
Mesh Back Cap
$21.99 $17.59
View more designs and colors



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Garment Washed Twill Vintage-
Style Cap
$23.99 $19.19
View more designs and colors



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Cotton Twill Contrast Stitch
Low Profile Cap
$23.99 $19.19
View more designs and colors



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Brushed Cotton Twill Contrast
Sandwich Visor Low Profile Cap
$23.99 $19.19



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Superior Cotton Twill Low
Profile Cap
$24.99 $19.99



OTTO
TOP SELLER  Lower East Side Prep
Embroidered Cool Comfort Low Profile Cap
$24.99 $19.99
View more designs and colors



Show your pride wherever you go with a customized Lower East Side Prep hat designed entirely by you. Open Lower East Side Prep any time of the season with caps in a variety of styles including snapback, fitted, knitted and vintage caps. Shop a wide selection of hat styles, shapes, and colors and tools to make your Lower East Side Prep hat the perfect piece of headgear for you. Choose an exclusive design featuring your favorite sport or activity. Add your custom text to highlight team name and team logos and team reinforces all stitching to last season after season. Customize a sporty visor for those long days in the hot sun. Stand your crown in a stylish fitted Lower East Side Prep cap that sets your pride on display.

BUNDLE & SAVE UP TO 15% OFF! >

Search for schools, teams, and more...

# Lower East Side Prep Top Sellers

**School Address** (Store Corrections)
145 Stanton St
New York, New York 10002

Store Home | Men | Women | Brands | Bags & Backpacks | Youth | Hats | Accessories

Product Search...

ACTIVITY:


BUNDLE SAVE
USE CODE
BUNDLE
BUNDLE 3 ITEMS AND TAKE 10% OFF OR 4 ITEMS OR MORE AND TAKE 15% OFF
Shop Now
*Select products only

**Price**
- [ ] Under $30.00
- [ ] $30.00 - $50.00
- [ ] $50.00 - $70.00

**Brand**
- [ ] Augusta Sportswear
- [ ] Bella
- [ ] District Threads
- [ ] Fruit of the Loom
- [ ] Hanes
- [ ] JERZEES
- [ ] Otto
- [ ] Port & Company
- [ ] Russell Athletic

**Extended Sizes**
- [ ] 2XL and Up

**Design Type**
- [ ] Embroidery
- [ ] Print

**Gender**
- [ ] Men's
- [ ] Women's

**Material**
- [ ]





**TOP SELLER** Lower East Side Prep Fruit of the Loom Men's 5oz Cotton T-Shirt
$19.99
View more designs and colors







**TOP SELLER** Lower East Side Prep Fruit of the Loom Women's 5oz Cotton T-Shirt
$19.99
View more designs and colors



**TOP SELLER** Lower East Side Prep Russell Athletic Men's 5.6oz NuBlend T-Shirt
$23.99
View more designs and colors





**TOP SELLER** Lower East Side Prep SofSpun™ 7.2oz Unisex Hooded Sweatshirt
$36.99
View more designs and colors





**TOP SELLER** Lower East Side Prep JERZEES Unisex 8oz NuBlend 1/2 Hooded Sweatshirt
$39.99
View more designs and colors





**TOP SELLER** Lower East Side Prep Embroidered Garment Washed Twill Vintage Style Cap
$23.99
View more designs and colors

Lower East Side Prep: Top Sellers | Prep Sportswear

100% Cotton





**JERZEES**

**TOP SELLER** Lower East Side Prep
JERZEES Unisex NuBlend® 8oz Crewneck
Sweatshirt
**$29.99**
View more designs and colors

**TOP SELLER** Lower East Side Prep
JERZEES Women's Dri-Power Sport T-Shirt
**$24.99**
View more designs and colors

**TOP SELLER** Lower East Side Prep
JERZEES Men's Dri-Power Sport T-shirt
**$24.99**
View more designs and colors

Prev   1   2   3   Next   Show All

**EXHIBIT H**



KITH (http://hypebeast.com/2016/7/ronnie-fieg-teases-upcoming-nike-kith-collaboration) has joined forces with headwear icon New Era. In collaboration with the New York Mets and New York Yankees, the classic 59FIFTY piece will be delivered in limited quantities to commemorate the teams' Subway Series rivalry. The offering is comprised of six styles in total with the first four paying homage to the 2000 World Series. Two pieces will be offered in their respective classic styles while the next pair will mix one team's colorway with the opposing squad's logo.

Closing out the range, the last two caps celebrate the 30th anniversary of the Mets winning the World Series in 1986 and the 20th anniversary of the Yankees reigning victorious in 1996 World Series. Each will sport a KITH-branded rose gold metal plate on each front along with each team's World Series patch on the right, New Era flags on the left and team branding on the back. These last two pieces will be limited to 144 units of each and will be housed in custom display cases that are complemented with tickets to a game within this year's Subway Series. Those who purchase the Mets cap will receive tickets to the game on August 2 at Citi Field while those who add the Yankees cap to their personal collection will get tickets to the August 3 game located at Yankee Stadium.

The duo of anniversary caps will launch on July 29 as the Mets cap will be available at KITH Manhattan and the Yankees edition at KITH Brooklyn. The collection's 2000 World Series caps will release on July 30 in-store at KITH's Manhattan and Brooklyn locations as well as online.

Check out the 13thWitness-shot lookbook above which featured Mets pitcher Jacob deGrom and Yankees own Dellin Betances. Find out addition info regarding this upcoming release here (https://www.kithnyc.com/blogs/news/kith-x-new-era-x-new-york-mets-x-new-york-yankees-subway-series-lookbook).

NEW ERA (HTTPS://HYPEBEAST.COM/TAGS/NEW-ERA)    NEW YORK YANKEES (HTTPS://HYPEBEAST.COM/TAGS/NEW-YORK-YANKEES)

NEW YORK METS (HTTPS://HYPEBEAST.COM/TAGS/NEW-YORK-METS)    KITH (HTTPS://HYPEBEAST.COM/TAGS/KITH)



STYLE   Here's a First Look at OVO's Collaboration...    SHARE    TWEET

*All images via October's Very Own*

Remember that mysterious website counting down to OVO's collaboration with the Toronto Raptors and Mitchell & Ness? Well, here it is. OVO jsut dropped the official lookbook.

The collection will include short and long sleeve shirts and sweaters with various OVO and Raptors graphics.

Drake first confirmed his camp would be working with the Raps and Mitchell & Ness last December.

**Drizzy**
@Drake

Follow          CLOSE

@dathakelly Actually this redesign was executed without me.
My collaboration with Mitchell & Ness comes out next season.

By using this site, you agree to the      OK
Privacy

RECEIVED
SDNY DOCKET UNIT
2017 AUG 11 AM 10:41

Robert G. Lopez
230 Clinton Street – Suite 11C
New York, NY 10002

TO: **PRO SE OFFICE**
Southern District of New York
500 Pearl Street – 2nd Floor
New York, New York

